AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MARCO PEREZ GARNICA,

Petitioner,

                                                    JUDGMENT IN A CIVIL CASE

                        v.

RON FRAKER,

                                                    CASE NUMBER: CV-11-008-JPH

Respondent.


☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED WITH PREJUDICE as untimely under 28 U.S.C. Section 2244(d).


| 5/27/11 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
|  | s/ Karen White |
|  | *(By) Deputy Clerk* |
|  | Karen White |